IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :
JODY CUNNINGHAM                 :       CHAPTER 7
                                :
                                :
    Debtor                      :       CASE NO. 5-17-02875-JJT

CHAPTER 7 DEBTOR'S OBJECTION
TO TRUSTEE'S MOTION TO DISMISS CASE

**AND NOW COMES**, Jody Cunningham, by and through her attorney, John J. Martin, Esquire, and files this Objection to Trustee's Motion to Dismiss Case as follows:

1. Admitted.

2. Admitted. By way of further response, Debtor has filed two Motions to Extend Time in this case. Debtor further asserts that she is continuing to attempt to gather materials pertaining to income taxes in order to complete the necessary forms/taxes to provide to the Chapter 13 Trustee and adequately complete her bankruptcy schedules.

3. No response required.

**WHEREFORE**, Debtor respectfully requests this honorable Court deny the Chapter 13 Trustee's Motion to Dismiss Case and for such other and further relief as the Court finds just and proper.

Respectfully submitted,

_____/s/_____
John J. Martin, Esquire
1022 Court Street
Honesdale, PA 18431
Counsel for Debtor
(570)253-6899
jmartin@martin-law.net