```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 17-02875-JJT
Jody Cunningham                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: karendavi            Page 1 of 1          Date Rcvd: Oct 23, 2017
                              Form ID: ntnew341          Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
```
db              +Jody Cunningham,    PO Box 94,    Tafton, PA 18464-0094
4945889         +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
4945890        ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    15000 Capital One Dr.,    Richmond, VA 23238)
4945891         +Chase,    802 Delaware Ave, 10th Floor,    Wilmington, DE 19801-1370
4945892          IC System,    444 Highway 96 East,    PO Box 64378,    Saint Paul, MN 55164-0378
4945894         +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street, Suite 1400,
                  Philadelphia, PA 19109-1060
4945898         +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
4969236          The Bank of New York Mellon,    c/o Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4945893          E-mail/Text: camanagement@mtb.com Oct 23 2017 18:54:00     M & T Bank,    1 Fountain Plaza,
                 Buffalo, NY 14203
4945895         +E-mail/Text: bankruptcydpt@mcmcg.com Oct 23 2017 18:54:04      Midland Funding LLC,
                  PO Box 939069,    San Diego, CA 92193-9069
4945896         +E-mail/Text: Bankruptcies@nragroup.com Oct 23 2017 18:54:14      Natl Recover,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
4945897         +Fax: 407-737-5634 Oct 23 2017 18:57:32      Ocwen Loan,    1661 Worthington Road,   Suite 100,
                  West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4945860          stat,    Best Case,    170501,    091506,    i
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor 1 Jody  Cunningham jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
               91@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jody Cunningham
Debtor(s)

Chapter 13

Case No. 5:17−bk−02875−JJT

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: December 11, 2017 Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: karendavis, Deputy Clerk

Date: October 23, 2017