In re:                                                                    Case No. 17-02875-JJT
Jody Cunningham                                                           Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: karendavi          Page 1 of 1          Date Rcvd: Nov 08, 2017
                             Form ID: ordsmiss         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db              +Jody Cunningham,    PO Box 94,    Tafton, PA 18464-0094
4945889         +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
4945894         +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street, Suite 1400,
                  Philadelphia, PA 19109-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4945890          EDI: CAPITALONE.COM Nov 08 2017 18:58:00     Capital One,    15000 Capital One Dr.,
                  Richmond, VA 23238
4945891         +EDI: CHASE.COM Nov 08 2017 18:58:00     Chase,    802 Delaware Ave, 10th Floor,
                  Wilmington, DE 19801-1370
4945892          EDI: IIC9.COM Nov 08 2017 18:58:00     IC System,    444 Highway 96 East,    PO Box 64378,
                  Saint Paul, MN 55164-0378
4945893          E-mail/Text: camanagement@mtb.com Nov 08 2017 18:54:11     M & T Bank,    1 Fountain Plaza,
                  Buffalo, NY 14203
4945895         +EDI: MID8.COM Nov 08 2017 18:58:00     Midland Funding LLC,    PO Box 939069,
                  San Diego, CA 92193-9069
4945896         +E-mail/Text: Bankruptcies@nragroup.com Nov 08 2017 18:54:30     Natl Recover,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
4945897         +Fax: 407-737-5634 Nov 08 2017 19:03:50     Ocwen Loan,    1661 Worthington Road,   Suite 100,
                  West Palm Beach, FL 33409-6493
4945898         +EDI: WTRRNBANK.COM Nov 08 2017 18:58:00     Target National Bank,    PO Box 673,
                  Minneapolis, MN 55440-0673
4969236          EDI: BANKAMER.COM Nov 08 2017 18:58:00     The Bank of New York Mellon,   c/o Bank of America,
                  P.O. Box 31785,    Tampa, FL 33631-3785
                                                                                          TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4945860          stat,    Best Case,    170501,    091506,    i
                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor 1 Jody  Cunningham jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
               91@notify.bestcase.com
              Thomas Song    on behalf of Creditor   Ocwen Loan Servicing, LLC thomas.song@phelanhallinan.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jody Cunningham
**Debtor(s)**

Chapter 13

Case No. 5:17−bk−02875−JJT

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: November 8, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: karendavis, Deputy Clerk